IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HP DEVELOPMENT, LLC,** *et al.*                                                                                   **PLAINTIFFS**

**v.**                                                         **CIVIL ACTION NO. 1:23-cv-263-TBM-RPM**

**NAUTILUS INSURANCE COMPANY**                                                             **DEFENDANT**

### ORDER

This matter came before the Court on various Motions filed by the Plaintiffs and by the Defendant. At the hearing conducted in this matter on April 18, 2024, the Court, having considered the record, the arguments of counsel, and the relevant legal authority, announced its detailed findings and conclusions.

The Court concluded that the Plaintiffs' Motion [3] for Leave to Amend the Complaint to Join Necessary Parties, or, in the Alternative, Motion to Remand should be denied; that the Defendant's Motion [10] for Leave to File a Surrebuttal in Response to the Plaintiffs' Motion to Amend should be denied; and that the Plaintiffs' Motion [13] to Strike the Defendant's Motion for Leave to File a Surrebuttal should be denied as moot.

IT IS THEREFORE ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on April 18, 2024, the Plaintiffs' Motion [3] for Leave to Amend the Complaint to Join Necessary Parties, or, in the Alternative, Motion to Remand is DENIED.

IT IS FURTHER ORDERED AND ADJUDGED that the Defendant's Motion [10] for Leave to File a Surrebuttal in Response to the Plaintiffs' Motion to Amend is DENIED.

IT IS FURTHER ORDERED AND ADJUDGED that the Plaintiffs' Motion [13] to Strike the Defendant's Motion for Leave to File a Surrebuttal is DENIED AS MOOT.

This the 19th day of April, 2024.

                                              **TAYLOR B. McNEEL**
                                              **UNITED STATES DISTRICT JUDGE**